IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN D. MATTHEI | : | CIVIL ACTION |
| v. | : | |
| JOSEPH V. SMITH, et al. | : | NO. 2002-395 |
| | | |
| WARREN D. MATTHEI | : | CIVIL ACTION |
| v. | : | |
| JAMES T. GILES, et al. | : | NO. 2002-2827 |

**ORDER**

AND NOW, this 15th day of July, 2002, it is hereby ORDERED that Chief Judge Giles is RECUSED.

It is FURTHER ORDERED that the Clerk of the Court shall forthwith transmit all files in the above-captioned matters to the Chief Judge of the Circuit with a request, for all purposes related thereto, that they be assigned to a judge outside this District.

BY THE COURT:

_____
JAMES T. GILES         C.J.

copies by FAX on
to