IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN D. MATTHEI,<br><br>Plaintiff,<br><br>v.<br><br>JAMES T. GILES, et al.,<br><br>Defendants. | CIVIL ACTION NO. 02-CV-2827 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Warren D. Matthei, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
WARREN D. MATTHEI
Plaintiff (pro se)

Dated: May 31, 2006